UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                Case No.  07-cr-27-01/02-SM

<u>Vipin Bansal and</u>
<u>Narendra Bansal</u>

## O R D E R

Defendant Narendra Bansal's motion to continue the final pretrial conference and trial is granted (document 27). Trial has been rescheduled for the September 2007 trial period. Defendant Narendra Bansal shall file a waiver of speedy trial rights not later than March 23, 2007. On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 24, 2007 at 4:00 p.m.

**Jury Selection**: September 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 16, 2007

cc: David Ruoff, Esq.
David Vicinanzo, Esq.
Steven Gordon, Esq.
William Christie, Esq.
Arnold Huftalen, AUSA
US Probation
US Marshal